■ In the Matter of the Claim of PATRIA CRUZ et al., Appellants, against CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Appeal dismissed. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.

■ AMERICAN TOBACCO COMPANY, Appellant, v. RIGGIO TOBACCO CORPORATION, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.

■ BORGER TRADING ASSOCIATES, INC., et al., Respondents, v. JACOB SHPIRO et al., Appellants, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.

■ MIRIAM W. FRIEDLAND, Appellant, v. PLATTMAN REALTY CORPORATION, Respondent.— Order and judgment unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.

■ CARMELA CALI et al., Appellants, v. VOLUNTEERS OF AMERICA, Respondent, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.

■ GERTRUDE ALBERT, Appellant, v. CITY OF NEW YORK, Respondent.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin and M. M. Frank, JJ.

### (June 5, 1958)

■ In the Matter of HYMAN J. KOSOFSKY against CHARLES ABRAMS, as State Rent Administrator, et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.

■ ZENA G. BORCHARD v. STUART BORCHARD.— Motion for resettlement denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.